UNITED STATE DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| MINNESOTA OFFICE PLAZA LLC, A MINNESOTA LIMITED LIABILITY COMPANY,<br><br>                Plaintiff,<br>vs.<br><br>DLORAH, INC., A SOUTH DAKOTA CORPORATION d/b/a NATIONAL AMERICAN UNIVERSITY; PARK WEST, LLC, A SOUTH DAKOTA LIMITED LIABILITY COMPANY; RONALD SHAPE; AND ROBERT BUCKINGHAM AS TRUSTEE OF THE ROBERT D. BUCKINGHAM LIVING TRUST; and BLACK HILLS COMMUNITY BANK, N.A.,<br><br>                Defendants. | 21-cv-05061-KES<br><br>**BLACK HILLS COMMUNITY BANK'S ACQUIESCENCE TO PLAINTIFF'S REQUESTED RELIEF ON MOTION TO QUASH SUBPOENA** |

COMES NOW Black Hills Community Bank, N.A., by and through its undersigned attorneys of record, and acquiesces to the Court entering an Order, denying as moot, its previously filed Motion to Quash Subpoena. This request is being made due to the fact that while said Motion was pending, the Court granted Plaintiff's Motion to Amend its Complaint, making Black Hills Community Bank a party, and counsel for the respective parties have agreed that the information requested thorough use of a subpoena will be provided through normal discovery channels.

Respectfully submitted this 9th day of August, 2022.

            CLAYBORNE, LOOS & SABERS, LLP

            */s/ Courtney R. Clayborne*_____
            COURTNEY R. CLAYBORNE
            *Attorneys for Black Hills Community Bank*
            2834 Jackson Blvd., Suite 201
            P.O. Box 9129
            Rapid City, SD 57709-9129
            (605) 721-1517
            courtney@clslawyers.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9th, 2022, I sent to:

Mr. Joel Rische
Davenport, Evans, Hurwitz & Smith, LLP
206 West 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030
JRische@dehs.com

Mr. Scott D. Blake
Felhaber Larson
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
SBlake@Felhaber.com

Mr. John Burke
Thomas, Braun Bernard & Burke
4200 Beach Drive
Rapid City, SD 57702
jburke@tb3law.com

Ms. Lora Waeckerle
Thomas, Braun Bernard & Burke
4200 Beach Drive
Rapid City, SD 57702
lwaeckerle@tb3.com

Mr. Jeff Collins
Lynn, Jackson, Schultz & Lebrun
909 St. Joseph Street, Suite 800
Rapid City, SD  57701
jcollins@lynnjackson.com

Ms. Madison L. Young
Lynn, Jackson, Schultz & Lebrun
909 St. Joseph Street, Suite 800
Rapid City, SD, 57701
myoung@lynnjackson.com

by Notice of Electronic Filing generated by the CM/ECF system, a true and correct copy of **Black Hills Community Bank's Acquiescence to Plaintiff's Requested Relief on Motion to Quash Subpoena** relative to the above-entitled matter.

            */s/Courtney R. Clayborne*_____
            COURTNEY R. CLAYBORNE