DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| MINNESOTA OFFICE PLAZA LLC, A MINNESOTA LIMITED LIABILITY COMPANY,<br><br>                Plaintiff,<br><br>   vs.<br><br>DLORAH, INC., A SOUTH DAKOTA CORPORATION d/b/a NATIONAL AMERICAN UNIVERSITY; PARK WEST, LLC, A SOUTH DAKOTA LIMITED LIABILITY COMPANY; RONALD SHAPE; AND ROBERT BUCKINGHAM AS TRUSTEE OF THE ROBERT D. BUCKINGHAM LIVING TRUST; and BLACK HILLS COMMUNITY BANK, N.A., and ESMERALDA, INC.<br>                Defendants. | 21-cv-05061-KES<br><br><br>**BLACK HILLS COMMUNITY BANK'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure Black Hills Community Bank, N.A. states that BHCB Holding Company, a privately held, South Dakota Corporation, whose principal place of business is in Rapid City, South Dakota, is the parent company of Black Hills Community Bank, N.A. and the holder of more than 10% of the stock of Black Hills Community Bank, N.A.

Dated this 16th day of March, 2023.

CLAYBORNE, LOOS & SABERS, LLP
*/s/ Courtney R. Clayborne*
COURTNEY R. CLAYBORNE
*Attorneys for Black Hills Community Bank*
P.O. Box 9129
Rapid City, SD 57709-9129
(605) 721-1517
courtney@clslawyers.net

## CERTIFICATE OF SERVICE

I hereby certify that on March 13th, 2023, I sent to:

Mr. Joel Rische
Davenport, Evans, Hurwitz &
Smith, LLP
206 West 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030
JRische@dehs.com

Mr. Scott D. Blake
Felhaber Larson
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
SBlake@Felhaber.com

Mr. John Burke
Thomas, Braun Bernard & Burke
4200 Beach Drive
Rapid City, SD 57702
jburke@tb3law.com

Ms. Lora Waeckerle
Thomas, Braun Bernard & Burke
4200 Beach Drive
Rapid City, SD 57702
lwaeckerle@tb3.com

Mr. Jeff Collins
Lynn, Jackson, Schultz & Lebrun
909 St. Joseph Street, Suite 800
Rapid City, SD  57701
jcollins@lynnjackson.com

Ms. Madison L. Young
Lynn, Jackson, Schultz & Lebrun
909 St. Joseph Street, Suite 800
Rapid City, SD, 57701
myoung@lynnjackson.com

by Notice of Electronic Filing generated by the CM/ECF system, a true and correct copy of **BLACK HILLS COMMUNITY BANK'S CORPORATE DISCLOSURE STATEMENT TO SECOND AMENDED COMPLAINT** relative to the above-entitled matter.

/s/ Courtney R. Clayborne
COURTNEY R. CLAYBORNE