Plaintiff,

v.

Dlorah, Inc., a South Dakota Corporation d/b/a National American University; Park West, LLC, a South Dakota Limited Liability Company; Ronald Shape; Robert Buckingham as Trustee of the Robert D. Buckingham Living Trust; Black Hills Community Bank, N.A., and Esmeralda, Inc.,

Defendants.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Minnesota Office Plaza LLC, Defendant Dlorah, Inc., Defendant Park West, LLC, Defendant Ronald Shape, Defendant Robert Buckingham as the Trustee of the Robert D. Buckingham Living Trust, Defendant Black Hills Community Bank, N.A., and Defendant Esmeralda, Inc., by and through their undersigned counsel, stipulate and agree that all claims and counterclaims asserted by and amongst the parties are hereby dismissed in their entirety with prejudice and without attorneys' fees, costs, or expenses to any of the parties to this action.

206 West 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030
Telephone: 605-336-2880
Fax: 605-335-3639
jrische@dehs.com


**FELHABER LARSON**
Scott D. Blake, #0395862 MN *(admitted pro hac vice)*
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: 612-339-6321
Fax: 612-338-0535
sblake@felhaber.com


**ATTORNEYS FOR PLAINTIFF**

**ATTORNEYS FOR DEFENDANTS PARK WEST, LLC, RONALD SHAPE, AND ROBERT BUCKINGHAM AS TRUSTEE OF THE ROBERT D. BUCKINGHAM LIVING TRUST**

Telephone: 605-348-7516
Fax: 605-348-5823
jburke@tb3law.com
lwaeckerle@tb3law.com

**ATTORNEYS FOR DEFENDANT DLORAH, INC.**

Phone: (605) 721-1517
Email: courtney@eislawyers.net

**ATTORNEYS FOR DEFENDANT BLACK
HILLS COMMUNITY BANK, N.A.**

P.O. Box 8045
Rapid City, SD 57709
Telephone: (605) 342-1078
Telefax: (605) 342-9503
E-mail: jsmiley@gpna.com

**ATTORNEYS FOR DEFENDANT
ESMERALDA, INC.**