UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| MINNESOTA OFFICE PLAZA LLC, A Minnesota Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>DLORAH, INC., A South Dakota Corporation d/b/a National American University; PARK WEST, LLC, A South Dakota Limited Liability Company; RONALD SHAPE, ROBERT BUCKINGHAM, As Trustee of the Robert D. Buckingham Living Trust; BLACK HILLS COMMUNITY BANK, N.A., and ESMERALDA, INC.,<br><br>Defendants. | 5:21-CV-05061-KES<br><br><br>ORDER DISMISSING CASE |

The parties jointly stipulate that this action is dismissed on its merits with prejudice, with each party to bear its own costs, expenses, and attorneys' fees. Thus, it is

ORDERED that this action is dismissed on its merits with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated September 25, 2023.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE