UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| MINNESOTA OFFICE PLAZA LLC, A Minnesota Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>DLORAH, INC., A South Dakota Corporation d/b/a National American University; PARK WEST, LLC, A South Dakota Limited Liability Company; RONALD SHAPE, ROBERT BUCKINGHAM, As Trustee of the Robert D. Buckingham Living Trust; BLACK HILLS COMMUNITY BANK, N.A., and ESMERALDA, INC.,<br><br>Defendants. | 5:21-CV-05061-KES<br><br>JUDGEMENT OF DISMISSAL |

In accordance with the order dismissing this case, it is

ORDERED, ADJUDGED, and DECREED that all claims that were asserted or could have been asserted in this action, are dismissed with prejudice, and with the parties bearing their own costs, expenses, and attorneys' fees.

Dated September 25, 2023.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE